450 A.2d 1035

Commonwealth v. Fortson, Appellant.

Submitted March 6, 1980. Steven V. Manbeck,

590

Public Defender, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed.